THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Christopher Davis, Respondent,
 v.
 Nationwide Mutual Insurance Company, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal From Greenville County
 Edward W. Miller, Circuit Court Judge

 Memorandum Opinion No.  2007-MO-021
Heard November 14, 2006  Filed April 9, 2007  

REVERSED

 
 
 
 J. R. Murphy and Adam J. Neil, both of Murphy & Grantland, of Columbia, for Petitioner.
 Randall Lee Chambers, of The Joel Bieber Firm, of Greenville, for Respondent.
 
 
 

PER CURIAM: Reversed pursuant to Rule 220(b), SCACR, and the following authority:  Burgess v. Nationwide Mut. Ins. Co., Op. No. 26304 (S.C. Sup. Ct. filed April 9, 2007).
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.